CATHARINE C. MURPHY, *Administratrix, etc., Plaintiff, v.* THE BOSTON AND ALBANY RAILROAD COMPANY, *Defendant.* — Motion for new trial denied and judgment ordered for defendant, with costs. Opinion by BOCKES, J.; LEARNED, P. J., taking no part.

CHARLES EARLS and GRANDISON N. FRISBIE, *Respondents, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellants.* — Judgment affirmed, with costs. LEARNED, P. J., taking no part.

PETER SILVERNAIL, *Appellant v.* ABRAM V. VAN ALLEN, *Respondent.* — Judgment affirmed, with costs.

BARNES, *Treasurer, v.* BAMBER and others. MORRISON *v.* THE SAME.— Motion granted by default.

BROOKS *v.* HARRISON. — Motion granted by default.

JOHN HANSEE, *Appellant, v.* FELIX KRAMP, *Respondent.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

PEOPLE *ex rel.* JOHN S. HASSELL *v.* HENRY HOFFMAN.— Judgment affirmed, with costs.

EDWARD I. McCLASKY, *Appellant, v.* WILLIAM H. MALCOLM, *Respondent.*— Judgment of County Court reversed and that of justice affirmed, with costs. Mem. by LEARNED, P. J.

P. PORTER WIGGIN, *Receiver, v.* MOSES MILLER. — Judgment affirmed, with costs. BOCKES, J., taking no part.

JAMES J. WAKEFIELD, *v.* JOHN McB. DAVIDSON. SAME *v.* BENJAMIN F. JUDSON and others.— Judgment affirmed, with costs against appellants, on opinion of TAPPAN, J.

WILLIAM BARNES, *Respondent, v.* EDWARD NEWCOMB, *Receiver, etc., Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinions by LEARNED, P. J.; BOCKES and WESTBROOK, JJ.